## STOUFFER *v.* WARDEN OF MARYLAND HOUSE OF CORRECTION

[H. C. No. 11, September Term, 1958.]

*Decided November 13, 1958.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRES-
COTT and HORNEY, JJ.

PER CURIAM.

Application for leave to appeal from the denial of a writ
of *habeas corpus* is denied for the reasons set out in the opin-
ion of the lower court.